No. 325. RODIEK, ANCILLARY EXECUTOR, v. UNITED STATES ET AL. October 13, 1941. Petition for writ of

certiorari to the Circuit Court of Appeals for the Second Circuit granted. The CHIEF JUSTICE and MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Messrs. Reuben D. Silliman, Sherwood E. Silliman, Russell C. Gay*, and *Charles H. Lawson* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Shea*, and *Messrs. Melvin H. Siegel, Paul A. Sweeney, Richard H. Demuth*, and *Harry Leroy Jones* for the respondents.